UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

JANET HOYT,

    Plaintiff,

vs.

EXPO MARBLE & GRANITE, INC.,
d/b/a EXPO MARBLE & GRANITE,

    Defendant.
_____/

CASE NO.: 0:17-cv-60493-KMM

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff, JANET HOYT ("Plaintiff"), by and through undersigned counsel, hereby files her Notice of Voluntary Dismissal of this Action **with prejudice** pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, and gives notice of the following:

1. Defendant, EXPO MARBLE & GRANITE, INC. d/b/a EXPO MARBLE & GRANITE ("Defendant") has not filed an Answer or a Motion for Summary Judgment and therefore the dismissal of this action at Plaintiff's request is proper pursuant to Fed. R. Civ. P. 41(a).

2. This case shall be dismissed **with prejudice** with each party bearing her/their own attorneys' fees and costs.

                                                       BY:  /s/ Jason S. Weiss
                                                                  Jason S. Weiss
                                                                  Jason@jswlawyer.com
                                                                  Florida Bar No. 356890
                                                                  WEISS LAW GROUP, P.A.
                                                                  5531 N. University Drive, Suite 103
                                                                  Coral Springs, FL 33067
                                                                  Tel: (954) 573-2800
                                                                  Fax: (954) 573-2798
                                                                  *Attorneys for Plaintiff*

1

2

## CERTIFICATE OF SERVICE

 I HEREBY CERTIFY that on this 29th day of March, 2017, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which automatically gives notice.

          BY: /s/ Jason S. Weiss
            Jason S. Weiss
            Jason@jswlawyer.com
            Florida Bar No. 356890